No. 427. BICKLEY, DOING BUSINESS AS BICKLEY'S AUTO EXPRESS, *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION. November 23, 1942. Petition for writ of certiorari to the

Superior Court of Pennsylvania denied. *Mr. H. Eugene Gardner* for petitioner. *Messrs. Claude T. Reno,* Attorney General of Pennsylvania, and *Harry M. Showalter* for respondent.